

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

C&G Sporting Goods, LLC,              * From the 266th District
                                       Court of Erath County,
                                       Trial Court No. CV31895.

Vs. No. 11-14-00018-CV                * September 4, 2014

Texas Workforce Commission            * Per Curiam Memorandum Opinion
and James Brown,                        (Panel consists of: Wright, C.J.,
                                        Willson, J., and Bailey, J.)

This court has considered C&G Sporting Goods, LLC's unopposed motion for voluntary dismissal of this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against C&G Sporting Goods, LLC.